IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER WRIGHT,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-0417-CG-N |
| | ) |
| **D. TONEY,** | ) |
| | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 10) made under 28 U.S.C. § 636(b)(1)(B), and S.D. Ala. GenLR 72, and dated June 17, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 8th day of July, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE