IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER WRIGHT,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION 19-0417-CG-N |
| **D. TONEY,** | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C., § 2241 is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 8th day of July, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE